ACCEPTED
01-14-00881-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 2:43:01 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00881-CV

### IN THE
### FIRST COURT OF APPEALS
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 2:43:01 PM
CHRISTOPHER A. PRINE
Clerk

## EMERITA MEDINA  ET AL,  Appellants

## v.

## GLORIA RAVEN, Appellee

### ON Appeal from the County Civil Court at Law No. 4
### Harris County, Texas
### Trial Court Cause No. 1025647

### Appellants Motion for Extension of Time To File Brief

**James O. Okorafor**
**Attorney for Appellants**
**State Bar No. 15241710**
**10101 Fondren Rd. Suite 260**
**Houston, Texas 77096**

**TO THE HONORABLE JUSTICES:**

Appellants respectfully ask the Court to extend the time for the filing of their brief for the inclusive reasons below:

1. On February 11, 2015 the Court Clerk sent notice indicating that the Reporter's Record had been filed and that Appellants' brief was due 30 days thereafter, if the record was not to be supplemented.

2. Appellants are in the process of determining whether to file with the County Court Clerk a Request For Supplemental Record in reliance on TRAP 34.5 (c). It also appears that the Reporters record may be incomplete and require supplementation, unless the parties and counsels agree to rely on the Reporter's Record as presently filed.

3. The Court may grant an extension of time under TRAP Rule 10. To the extent required by the applicable rules, Appellants concurrently respectfully request permission for the "late filing" of this motion.

4. Appellants respectfully request an extension of time of not more than sixty (60) days to allow the Post Trial Clerks of the Harris County Clerk's office to prepare and to file the Supplemental Records as may be requested and to allow Appellants time to arrange for a Supplemental Reporter's record and\or solicit stipulations regarding the "adequacy" of the Reporter's Record on file for purposes of this appeal and to file their brief.

5. No previous extension either has been requested by Appellants or granted by the Court which respect to the briefing time table.

6. Appellants respectfully pray that the Court grant this motion and extend the time for filing their brief by an additional sixty (60) days.

Respectfully Submitted:


*/s/ James  O. Okorafor*
James O. Okorafor
SBOT # 15241710
10101 Fondren, Suite 260
Houston, Texas 77096
TEL No: (713) 839-9700; email: laws@joolaws.com
Attorney for Appellants {Medina et al}.


## CERTIFICATE OF COMPLIANCE

This will certify that the foregoing Motion complied with the length requirements of Tex. R. App. P. 9.4(i). The foregoing document is  294 words long.

*/s/ James  O. Okorafor*
James O. Okorafor.


## CERTIFICATE OF SERVICE

I certify that this document was served on Appellees' counsel of record via the Electronic Case Manager on March 18, 2015.

*/s/ James  O. Okorafor*
James O. Okorafor.